**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILDARDO ELIAS-VASQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT INC., an Arkansas Corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:25-cv-06062-DTB<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Hon. David T. Bristow, United States Magistrate Judge<br><br>Amended Compl: May 29, 2025<br>Complaint Filed: April 24, 2024<br>Trial Date: None Set |

CALL & JENSEN EST. 1981

The Court, having reviewed the Stipulated Protective Order, and GOOD CAUSE APPEARING, hereby grants the Parties' Stipulated Protective Order.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 11, 2026

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

CALL & JENSEN EST. 1981